**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| JAMES ANDREW GRIMMER, | Civil Action No. 0:25-cv-01024-PJS-DTS |
| Plaintiff, | |
| v. | |
| CAPITAL ONE, N.A.; and GURSTEL LAW FIRM, P.C. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

---

Defendant Capital One, N.A. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Capital One, N.A. have a parent corporation and/or wholly owned subsidiary?

    ☒ Yes  ☐ No

    If yes, the parent corporation and/or wholly owned subsidiary is/are: Capital One Financial Corporation.

2. Is 10% or more of the stock of Capital One, N.A. owned by a publicly held corporation?

    ☐ Yes  ☒ No

    If yes, identify all such owners:

*~ SIGNATURE BLOCK FOLLOWS ~*

|  |  |
|---|---|
|  | **BASSFORD REMELE**<br>*A Professional Association* |
| Dated:  March 21, 2025. | By s/ *Patrick D. Newman*<br>Patrick D. Newman (# 395864)<br>100 South Fifth Street, Suite 1500<br>Minneapolis, Minnesota  55402-3707<br>Phone:  (612) 333-3000<br>Fax:  (612) 333-8829<br>Email: pnewman@bassford.com<br><br>***Attorneys for Capital One, N.A.;***<br>***and Gurstel Law Firm, P.C.*** |