# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF MINNESOTA

JAMES ANDREW GRIMMER,

       Plaintiff,

v.

CAPITAL ONE, N.A.; and
GURSTEL LAW FIRM, P.C.

       Defendants.

Civil Action No. 0:25-cv-01024-PJS-DTS

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Gurstel Law Firm, P.C. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Gurstel Law Firm, P.C. have a parent corporation and/or wholly owned subsidiary?

    ☐ Yes  ☒ No

    If yes, the parent corporation and/or wholly owned subsidiary is/are: Capital One Financial Corporation.

2. Is 10% or more of the stock of Gurstel Law Firm, P.C. owned by a publicly held corporation?

    ☐ Yes  ☒ No

    If yes, identify all such owners:

*~ SIGNATURE BLOCK FOLLOWS ~*

|  |  |
|---|---|
| | **BASSFORD REMELE** <br> *A Professional Association* |
| Dated: March 21, 2025. | By s/ *Patrick D. Newman* <br> Patrick D. Newman (# 395864) <br> 100 South Fifth Street, Suite 1500 <br> Minneapolis, Minnesota 55402-3707 <br> Phone: (612) 333-3000 <br> Fax: (612) 333-8829 <br> Email: pnewman@bassford.com <br><br> *Attorneys for Gurstel Law Firm, P.C. and Capital One, N.A.* |