## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ANDREW GRIMMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A.; and<br>GURSTEL LAW FIRM, P.C.<br><br>    Defendants. | Civil Action No.: 0:25-cv-01024-PJS-DTS<br><br>**NOTICE OF MOTION**<br><br>**DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

PLEASE TAKE NOTICE that on a time and date to be determined, before the Honorable David T. Schultz, Magistrate Judge of the United States District Court for the District of Minnesota, U.S. Courthouse, 300 Fourth Street, Courtroom 9E, Minneapolis, Minnesota, 55415, Defendants Capital One, N.A. and Gurstel Law Firm, P.C., will bring a motion to extend the deadline to respond to Plaintiff's Complaint through and including April 9, 2025.

    Respectfully submitted,

    **BASSFORD REMELE**
    *A Professional Association*

Dated: March 26, 2025    By: */s/ Patrick D. Newman*
        Patrick D. Newman (MN #395864)
        100 South Fifth Street, Suite 1500
        Minneapolis, MN  55402
        Telephone: (612) 333-3000
        Facsimile: (612) 333-8829
        Email: pnewman@bassford.com

*Attorneys for Defendants, Gurstel Law Firm, P.C. and Capital One Bank, N.A.*

2