**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| James Andrew Grimmer, | Case No. 25-cv-1024 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Gurstel Law Firm, P.C., et al., | |
| Defendants. | |

---

Defendants filed a motion, Dkt. No. 6, for an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Complaint on or before April 9, 2025.

Dated: March 31, 2025               __s/ David T. Schultz_____
                                    DAVID T. SCHULTZ
                                    U.S. Magistrate Judge