# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ANDREW GRIMMER, | Civil Action No.: 0:25-cv-01024-PJS-DTS |
| Plaintiff, | |
| vs. | |
| CAPITAL ONE BANK, N.A.; and GURSTEL LAW FIRM, P.C. | |
| Defendants. | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Gurstel Law Firm, P.C. and Capital One Bank, N.A., hereby move the Court for an order dismissing Plaintiff's Complaint (ECF Doc. No. 1-1) with prejudice.

The motion is based upon the supporting memorandum of law and accompanying documents, the arguments of counsel, and upon all the files, records, and proceedings herein.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: April 9, 2025    By: */s/ Patrick D. Newman*
Patrick D. Newman (MN#395864)
100 South Fifth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829

1

2

Email:  pnewman@bassford.com

***Attorneys for Defendants, Gurstel Law Firm, P.C. and Capital One Bank, N.A.***