UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ANDREW GRIMMER, | Civil Action No.: 0:25-cv-01024-PJS-DTS |
| Plaintiff, | |
| vs. | |
| CAPITAL ONE BANK, N.A.; and GURSTEL LAW FIRM, P.C. | |
| Defendants. | |

### NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS

**PLEASE TAKE NOTICE** that on May 28, 2025 at 8:30 a.m., Defendants Gurstel Law Firm, P.C. and Capital One Bank, N.A., will bring a motion to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) before the Honorable Patrick J. Schiltz, Chief Judge of United States District Court for the District of Minnesota, United States District Court, Courtroom 15, 300 South Fourth Street, Minneapolis, MN 55415.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: April 9, 2025   By: */s/ Patrick D. Newman*
Patrick D. Newman (MN#395864)
100 South Fifth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email:  pnewman@bassford.com

1

*Attorneys for Defendants, Gurstel Law Firm, P.C. and Capital One Bank, N.A.*

*Attorneys for Defendants, Gurstel Law Firm, P.C. and Capital One Bank, N.A.*