UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAMES ANDREW GRIMMER, | Civil Action No.: 0:25-cv-01024-PJS-DTS |
| Plaintiff, | |
| vs. | |
| CAPITAL ONE BANK, N.A.; and GURSTEL LAW FIRM, P.C. | |
| Defendants. | |

---

## DECLARATION OF SERVICE

Service of the below listed documents was made on  upon the pro se Plaintiff named below by mailing to him a copy to his last known address by the undersigned on behalf of BASSFORD REMELE, A Professional Association, as attorney of record in the said action.

Service of:

1. Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

2. Defendants' Memorandum of Law in Support of Motion to Dismiss;

3. Defendants' Statement of Compliance with Rule 7.1 (Word Count Certificate);

4. Proposed Order Granting Motion to Dismiss; and

5. Notice of Hearing on Defendants' Motion to Dismiss.

Pro Se Plaintiff Served:

James Andrew Grimmer
2723 Wagon Wheel Curv.

1

Chaska, Minnesota 55318

I declare under penalty of perjury that everything I have stated in this document is true and correct.

This document was signed in Hennepin County, Minnesota on April 9, 2025.

/s/ *Patrick D. Newman*
Patrick D. Newman, Esq.
Bassford Remele, P.A.