## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

JAMES ANDREW GRIMMER,                    Civil Action No.: 0:25-cv-01024-PJS-DTS

    Plaintiff,

vs.

                                          **CERTIFICATE OF SERVICE**

CAPITAL ONE, N.A.; and
GURSTEL LAW FIRM, P.C.

    Defendants.

I hereby certify that on this date I caused the following documents:

### Defendants' Capital One N.A. and Gurstel Law Firm's
### Meet and Confer Certificate

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system and that ECF will send an electronic notice of the filing to the following attorneys:

### Not Applicable

I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be served upon the following non-ECF participants:

**James Andrew Grimmer**
**2723 Wagon Wheel Curv.**
**Chaska, Minnesota 55318**
-

BY:
☒ U.S. MAIL                                    ☐ FACSIMILE
☐ HAND DELIVERED                   ☐ OVERNIGHT COURIER
☐ FEDERAL EXPRESS                  ☐ OTHER

1

                        Respectfully submitted,

                        **BASSFORD REMELE**
                        *A Professional Association*

Dated: April 15, 2025        By: */s/ Patrick D. Newman*
                              Patrick D. Newman (MN #395864)
                              100 South Fifth Street, Suite 1500
                              Minneapolis, MN  55402
                              Telephone: (612) 333-3000
                              Facsimile: (612) 333-8829
                              Email: pnewman@bassford.com

                              ***Attorneys for Defendants, Gurstel Law Firm, P.C. and Capital One Bank, N.A.***