RECEIVED
APR 1 5 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JAMES ANDREW GRIMMER,   Civil Action No.: 0:25-cv-01024-PJS-DTS

    Plaintiff,

vs.

**Notice of Objection to Scheduling Until Motion to Remand is Decided**

CAPITAL ONE, N.A.; and
GURSTEL LAW FIRM, P.C.

    Defendants.

---

James-Andrew: Grimmer
Plaintiff, Sui Juris, In Propria Persona, Secured Party Creditor
2723 Wagon Wheel Curv
Chaska, MN 55318
(952) 200-8766
jamesgrimmer@hotmail.com

April 15, 2025

Clerk of Court
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

SCANNED
APR 1 5 2025
U.S. DISTRICT COURT MPLS

RE: Procedural Notice – Civil Action No. 0:25-cv-01024-PJS-DTS
Grimmer v. Capital One, N.A. and Gurstel Law Firm, P.C.
Notice of Objection to Scheduling Until Motion to Remand is Decided

Dear Clerk of Court,

I respectfully submit this letter to accompany my filings in the above-referenced matter. This letter is intended to notify the Court that Plaintiff strongly opposes the issuance of any scheduling orders, hearings, or pretrial deadlines in this case until the pending Motion to Remand (filed April 9, 2025) is fully adjudicated by the Court.

As stated in the Motion and accompanying memorandum, the attempted removal by Defendants was procedurally defective under 28 U.S.C. §1446(d) and has no legal effect. Furthermore, procedural defaults have been conclusively established against both Defendants in the First Judicial District, Carver County, prior to the removal attempt. These defaults remain valid and fully enforceable under 28 U.S.C. §1450.

Proceeding with any scheduling or substantive orders in Federal Court while the motion to remand is pending would risk judicial inefficiency, unnecessary burden on the parties, and potential conflict with the jurisdictionally superior State Court.

Accordingly, I respectfully request that this letter be included in the record and considered part of my position with respect to case management until jurisdiction is resolved.

Thank you for your time and attention.

Respectfully submitted,

/s/ James-Andrew: Grimmer ©

James-Andrew: Grimmer
Plaintiff, Sui Juris, In Propria Persona
Secured Party Creditor