RECEIVED
APR 1 5 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 1 5 2025
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JAMES ANDREW GRIMMER,

    Plaintiff,

vs.

CAPITAL ONE, N.A.; and
GURSTEL LAW FIRM, P.C.

    Defendants.

Civil Action No.: 0:25-cv-01024-PJS-DTS

**CERTIFICATE OF SERVICE**

---

**CERTIFICATE OF SERVICE**

I, James-Andrew: Grimmer, hereby certify under penalty of perjury that on April 15, 2025, I served true and correct copies of the following documents:

1. Final Memorandum in Opposition to Defendants' Motion to Dismiss
2. Rule 7.1(f) Certification
3. [Proposed] Order Granting Plaintiff's Motion to Remand
4. Letter to Clerk Objecting to Scheduling Until Remand is Decided
5. Memorandum Regarding Defendants' Counsel's Mischaracterization and Professional Negligence
6. Notice of Lodged Proposed Orders
7. Judicial Notice of Procedural Defaults
8. [Proposed] Findings of Fact and Conclusions of Law
9. Declaration of Harm and Prejudice
10. Notice of IRS Whistleblower Submission and 1099-C Reporting Failure
11. Memorandum Objection to Dual Jurisdiction
12. Certificate of Service
13. Declaration of Service

These documents were served via USPS Certified Mail, Return Receipt Requested, properly addressed to:

Bassford Remele, P.A.
Attn: Michael K. Chapman
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254

Certified Mail Tracking No.: 9589071052701763024880
Return Receipt No.: 9590940289264064018240

Executed this 15th day of April, 2025, in Chaska, Minnesota.

/s/ James-Andrew: Grimmer ©

James-Andrew: Grimmer
Plaintiff, Sui Juris, In Propria Persona
Secured Party Creditor
2723 Wagon Wheel Curv
Chaska, MN 55318
(952) 200-8766
jamesgrimmer@hotmail.com