UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JAMES ANDREW GRIMMER,      Civil Action No.: 0:25-cv-01024-PJS-DTS

    Plaintiff,

vs.

    **CERTIFICATE OF SERVICE**

CAPITAL ONE, N.A.; and
GURSTEL LAW FIRM, P.C.

    Defendants.

I hereby certify that on April 18, 2025, I caused the following documents:

1. **Defendants' Capital One N.A. and Gurstel Law Firm's Memorandum in Opposition to Plaintiff's Motion to Remand; and**
2. **Declaration of Patrick D. Newman with Exhibits A & B.**

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system and that ECF will send an electronic notice of the filing to the following attorneys:

**Not Applicable**

I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be served upon the following non-ECF participants:

**James Andrew Grimmer
2723 Wagon Wheel Curv.
Chaska, Minnesota 55318
-**

BY:
☒ U.S. MAIL      ☐ FACSIMILE
☐ HAND DELIVERED      ☐ OVERNIGHT COURIER
☐ FEDERAL EXPRESS      ☐ OTHER

                                Respectfully submitted,

                                **BASSFORD REMELE**
                                *A Professional Association*

Dated: April 18, 2025        By:  */s/ Patrick D. Newman*
                                      Patrick D. Newman (MN #395864)
                                      100 South Fifth Street, Suite 1500
                                      Minneapolis, MN  55402
                                      Telephone: (612) 333-3000
                                      Facsimile: (612) 333-8829
                                      Email: pnewman@bassford.com

                                      *Attorneys for Defendants, Gurstel Law Firm, P.C. and Capital One Bank, N.A.*