UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ANDREW GRIMMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.; and<br>GURSTEL LAW FIRM, P.C.<br><br>    Defendants. | Civil Action No.: 0:25-cv-01024-PJS-DTS |

**DEFENDANTS' NOTICE OF NO REPLY OR OTHER RESPONSE**

Pursuant to Local Rule 7.1(c)(3), Capital One Bank, N.A. and Gurstel Law Firm, P.C. ("Defendants") submit this notice in relation to Plaintiff's opposition to Defendants' Joint Motion to Dismiss [Doc. No. 25] and other filings in this matter [Doc. Nos. 24, 26-31, 38-39], and state as follows:

1. Defendants filed a joint to motion to dismiss Plaintiff's complaint on April 9, 2025. [Doc. No. 17.] Plaintiff filed his opposition on April 15, 2025. [ECF Doc. No. 25.] Defendants have elected not to file a reply.

2. On April 9, 2025, Plaintiff filed a motion to remand this matter to state court. [Doc. No. 13.] Defendants filed their opposition on April 16, 2025. [Doc. No. 36.]

3. In effort to avoid further inundating the Court with paper in this matter, Defendants do not intend to make any additional submissions with respect to any of Plaintiff's other filings prior to the May 28, 2025, hearing on Defendants' joint motion to dismiss, unless the Court should direct otherwise.

*~SIGNATURE BLOCK FOLLOWS~*

        Respectfully submitted,

        **BASSFORD REMELE**
        *A Professional Association*

Dated: May 2, 2025        By: */s/ Patrick D. Newman*
            Patrick D. Newman (MN #395864)
            100 South Fifth Street, Suite 1500
            Minneapolis, MN 55402
            Telephone: (612) 333-3000
            Facsimile: (612) 333-8829
            Email: pnewman@bassford.com

        ***Attorneys for Defendants, Gurstel Law Firm, P.C. and Capital One Bank, N.A.***