

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

7/21/2025

James Andrew Grimmer
2723 Wagon Wheel Curv
Chaska, MN 55318

Re:  Case No. 25-cv-01024-PJS-DTS

Dear James Andrew Grimmer:

The clerk's office has received and docketed your notice of ripened record and request for entry of default judgment. We can not process your request at this time. The request for Default Judgment under 55(b)(1) will not be entered.  An Application for Clerk's Entry of Default Under FRCP 55(a) was not entered and would not be entered.  If you have any question, you may call the ECF Helpline at 612-664-5155.

Sincerely,

Kate M. Fogarty, Clerk