**RECEIVED**
**SEP 0 2 2025**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **James-Andrew: Grimmer©**<br>**Secured Party Creditor,**<br>**Sui Juris, In Propria Persona,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CAPITAL ONE, N.A.; and**<br>**GURSTEL LAW FIRM, P.C.**<br><br>**Defendants.** | Civil Action No.: 0:25-cv-01024-PJS-EMB<br>(Case Reassigned to EMB) Docket 72<br><br>**MOTION TO SEAL EXHIBIT A**<br><br>**Honorable:**<br>**District Judge Patrick J. Schiltz**<br>**Magistrate Judge Elsa M. Bullard** |

---

Plaintiff, **James-Andrew: Grimmer©**, respectfully moves the Court for an order permitting Exhibit A to Plaintiff's **Notice of Procedural Misconduct and Attempted Duplicate Litigation** to be filed under seal pursuant to **Fed. R. Civ. P. 5.2** and **Local Rule 5.6**.

---

## Grounds for Motion

1. Exhibit A consists of a packet mailed by Defendant Gurstel Law Firm, P.C. to Plaintiff on August 27, 2025, purporting to re-serve a Summons and Complaint.
2. The packet includes Plaintiff's personal identifiers and sensitive financial account materials.
3. Public filing of Exhibit A would unnecessarily disclose Plaintiff's private information, contrary to Fed. R. Civ. P. 5.2(a).

---

## Relief Requested

Plaintiff respectfully requests that this Court:

SCANNED
SEP 0 2 2025
U.S. DISTRICT COURT MPLS

Page 1 of 2

**Civil Action No.: 0:25-cv-01024-PJS-EMB**
**MOTION TO SEAL EXHIBIT A**

1. Permit Exhibit A to be filed under seal; and
2. Permit Exhibit B (Carver County docket summary, Case No. 10-CV-25-1197) to be filed publicly, as it is a public record.

---

**Respectfully submitted,**
/s/ James-Andrew: Grimmer© - Agent / Beneficiary

Secured Party Creditor, Sui Juris, In Propria Persona
2723 Wagon Wheel Curv
Chaska, MN 55318
Phone: 952-200-8766
Email: jamesgrimmer@hotmail.com

Dated: September 2, 2025