# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ANDREW GRIMMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.; and<br>GURSTEL LAW FIRM, P.C.<br><br>    Defendants. | Civil Case No. 0:25-cv-01024-PJS-DTS<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby advise the Court that they have reached a settlement as between Plaintiff James Andrew Grimmer and Defendants Capital One Bank, N.A. and Gurstel Law Firm, P.C., contingent on the execution of a written agreement.

The parties respectfully request that the Court strike any and all pending deadlines and defer any additional action on Magistrate Judge Bullard's January 28, 2026, report and recommendation [*see* Doc. No. 87] until such time as the parties file a stipulation and proposed order pursuant to Federal Rule 41(a), by which the parties will request dismissal of the action with prejudice. The parties are currently drafting a written agreement and anticipate filing the stipulation of dismissal within 30 days.

*~SIGNATURE BLOCKS FOLLOW~*

**JAMES-ANDREW GRIMMER©**

Dated: February 9, 2026     By: /s/ James-Andrew Grimmer, *with consent*
   James-Andrew Grimmer©
   2723 Wagon Wheel Curve
   Chaska, MN 55318
   Telephone: (952) 200-8766
   Email: jamesgrimmer@hotmail.com

   *Plaintiff James-Andrew Grimmer*

   **BASSFORD REMELE**
   *A Professional Association*

Dated: February 6, 2026     By: */s/ Patrick D. Newman*
   Patrick D. Newman (MN #395864)
   100 South Fifth Street, Suite 1500
   Minneapolis, MN  55402
   Telephone: (612) 333-3000
   Facsimile: (612) 333-8829
   Email: pnewman@bassford.com

   *Attorneys for Gurstel Law Firm, P.C.*

2