UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ANDREW GRIMMER, Secured Party Creditor, | Case No. 25-CV-1024 (PJS/EMB) |
| Plaintiff, | |
| v. | ORDER |
| GURSTEL LAW FIRM, P.C. and CAPITAL ONE BANK N.A., | |
| Defendants. | |

James Andrew Grimmer, pro se.

Patrick D. Newman, BASSFORD REMELE, for defendants.

On February 9, 2026, the parties informed the Court that this case has settled and that the parties anticipated filing a stipulation of dismissal with prejudice within 30 days.  *See* ECF No. 88.  Accordingly, the Court denies all pending motions without prejudice as moot.  *Id.*  Should the settlement fall through, the parties will be given the opportunity to renew their motions.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the pending motions [ECF Nos. 13, 46, 17, and 58] are DENIED WITHOUT PREJUDICE.

Dated: March 4, 2026                     /s/ Patrick J. Schiltz
                                                                                 Patrick J. Schiltz, Chief Judge
                                                                                United States District Court