## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES ANDREW GRIMMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.; and<br>GURSTEL LAW FIRM, P.C.<br><br>    Defendants. | Civil Case No. 0:25-cv-01024-PJS-EMB<br><br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff James-Andrew Grimmer and Defendants Capital One Bank, N.A. and Gurstel Law Firm, P.C. (together, the "Parties"), by and through their respective and undersigned counsel, do hereby stipulate and agree to the entry of an order in the same or a similar form to that of the [Proposed] Order submitted herewith dismissing this action with prejudice, and without an award of fees or costs to any Party.

**IT IS SO STIPULATED.**

*~SIGNATURE BLOCKS FOLLOW~*

**JAMES-ANDREW GRIMMER©**

Dated: March 18, 2026          By: */s/ James-Andrew Grimmer©*
                                    James-Andrew Grimmer©
                                    2723 Wagon Wheel Curve
                                    Chaska, MN 55318
                                    Telephone: (952) 200-8766
                                    Email: jamesgrimmer@hotmail.com

                                    *Plaintiff James-Andrew Grimmer*


**BASSFORD REMELE**
*A Professional Association*

Dated: March 18, 2026          By: */s/ Patrick D. Newman*
                                    Patrick D. Newman (MN #395864)
                                    100 South Fifth Street, Suite 1500
                                    Minneapolis, MN  55402
                                    Telephone: (612) 333-3000
                                    Facsimile: (612) 333-8829
                                    Email: pnewman@bassford.com

                                    *Attorneys for Gurstel Law Firm, P.C. and
                                    Capital One Bank, N.A.*

2