**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JAMES ANDREW GRIMMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.; and<br>GURSTEL LAW FIRM, P.C.<br><br>    Defendants. | Civil Case No. 0:25-cv-01024-PJS-EMB<br><br><br>**[PROPOSED] ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice filed by and through the respective counsel for the Plaintiff James-Andrew Grimmer and Defendants Capital One Bank, N.A. and Gurstel Law Firm, P.C. (together, the "Parties"), and being fully advised of the premises therefor, **THE COURT HEREBY ORDERS** that this action is hereby dismissed *with prejudice*, and without an award of any attorney fees or costs to either Party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: _____       _____
                                          The Honorable Patrick J. Schiltz
                                          Judge, United States District Court,
                                          District of Minnesota