UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JAMES ANDREW GRIMMER,                                    Case No. 25-CV-1024 (PJS/EMB)

        Plaintiff,

v.                                                                                    ORDER OF DISMISSAL

CAPITAL ONE BANK, N.A.; and
GURSTEL LAW FIRM, P.C.,

        Defendants.

_____

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on

March 18, 2026 [ECF No. 90],

IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.


Dated: March 19, 2026                                    /s/ Patrick J. Schiltz
                                                       Patrick J. Schiltz, Chief Judge
                                                       United States District Court